

# Fourth Court of Appeals
## San Antonio, Texas

September 1, 2021

No. 04-18-00411-CV

**REPSOL OIL AND GAS USA, LLC** as successor of Talisman Energy USA Inc, Statoil Texas Onshore Properties, LLC, and Statoil Pipelines, LLC, and OGE, LLC,
Appellants

v.

**MATRIX PETROLEUM, LLC,** Matrix Petroleum Holdings LLC, JAR Resources Holdings, L.P., and TMRX Petroleum, LLC,
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 14-08-00158-CVL
Honorable Russell Wilson, Judge Presiding

# O R D E R

Sitting:        Rebeca C. Martinez, Chief Justice
                Luz Elena D. Chapa, Justice
                Beth Watkins, Justice

On August 30, 2021, all parties to this appeal jointly filed an Amended Joint Motion for Oral Argument Schedule. The Court GRANTS the parties' motion, and ORDERS that the schedule for oral argument will be as follows:

| | |
|---|---|
| Statoil's Opening Argument: | 15 minutes |
| Repsol's Opening Argument: | 15 minutes |
| Matrix's Argument: | 15 minutes |
| OGE's Argument: | 15 minutes |
| Statoil's Rebuttal Argument: | 10 minutes |
| Repsol's Rebuttal Argument: | 10 minutes |

It is so **ORDERED** September 1, 2021.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT